### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DEBORAH GASSER**                                                                               **PLAINTIFF**

**v.**                                   **4:06CV01369-WRW**

**AAA LIMO, JLS, INC. a/k/a RAILCREW**
**EXPRESS, a/k/a SAMMS MOTOR CLUB**                         **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 19th day of October, 2006.

                                                                       /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE